UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| CLIFFORD J. CHURCH, *on behalf of himself and those similarly situated*,<br><br>Plaintiff,<br><br>VS.<br><br>WAKEFIELD & ASSOCIATES, INC.;<br>MATT D. LAWS;<br>RYAN E. BOETTCHER;<br>TYLER MARSH;<br>ROBERT MCREYNOLDS;<br>GREGG SWERSKY;<br>and JOHN DOES 1 TO 10,<br><br>Defendants. | Civil Action No. 2:19-cv-20181-KSH-CLW<br><br>**NOTICE OF VOLUNTARY DISMISSAL<br>WITH PREJUDICE** |

    The undersigned, counsel for Plaintiff, represents that Defendants have not filed an answer or a motion for summary judgment; and neither Fed. R. Civ. P. 23(e), 23.1(c), 23.2 nor 66 apply to this matter;

    Now, therefore, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff voluntarily dismisses this action with prejudice as to his individual claims and without prejudice as to the claims of the putative class, and without costs.

                                                                       KIM LAW FIRM LLC
                                                                       Attorneys for Plaintiff

                                                                       *s/Yongmoon Kim*
DATED: April 17, 2020                                  Yongmoon Kim

                                                                       SO ORDERED:

DATED: 4/20/2020                                   Katharine S. Hayden, U.S.D.J.